■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE JACKSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Demakos, J.), rendered June 10, 1987, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

We find that the trial court committed reversible error by submitting to the jury, over defense counsel's objections, a verdict sheet which listed not only the crimes charged and the possible verdicts thereon *(see,* CPL 310.20 [2]), but also some of the elements of those charges *(see, People v Nimmons,* 72 NY2d 830; *People v Testaverde,* 143 AD2d 208; *People v Gillispie,* 144 AD2d 482). We note, moreover, that despite the overwhelming evidence of the defendant's guilt, the error in submitting such a verdict sheet cannot be considered harmless *(see, People v Brooks,* 70 NY2d 896; *People v Owens,* 69 NY2d 585; *People v Valle,* 143 AD2d 160).

In light of the foregoing disposition, the defendant's remaining contentions need not be addressed. Brown, J. P., Eiber, Sullivan and Harwood, JJ., concur.